# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DARION HOOD,<br>Individually And On Behalf Of All Others,<br><br>              Plaintiffs,<br>v.<br><br>VALICOR ENVIRONMENTAL<br>SERVICES, LLC,<br><br>              Defendant. | Civil Action File No. 4:18-cv-06077<br><br>(Removed from the Circuit Court of Clinton County, State of Missouri, Civil Action File No. 18CN-CC00032) |

## NOTICE OF REMOVAL

Defendant Valicor Environmental Services, LLC ("Valicor") hereby removes the above-captioned action from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri. In support of removal, Valicor states the following:

1. Plaintiff commenced this action against Valicor in the Circuit Court of Clinton County by filing his Complaint on or about May 1, 2018. Plaintiff served Valicor with the Complaint on May 3, 2018. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Valicor in the state court action are attached hereto as Exhibit A.

2. Plaintiff alleges that Valicor violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

3. Any civil action is removable if the plaintiff could have originally brought the action in federal district court. 28 U.S.C. § 1441(a). This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges Valicor violated the laws of the United States, specifically the FCRA. The FCRA provides, "An action to enforce any liability created under [the FCRA] may be brought in any appropriate United States district

court, without regard to the amount in controversy, or in any other court of competent jurisdiction …" 15 U.S.C. § 1681p.

4. This Notice of Removal is filed within thirty days of May 3, 2018, the date of first receipt by Valicor of a copy of Plaintiff's Complaint. The Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

5. The Circuit Court of Clinton County, State of Missouri, is located within the Western District of Missouri. Venue is thus proper under 28 U.S.C. § 1441(a).

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff. Also, a copy will be promptly filed with the Clerk of Court, Circuit Court of Clinton County, State of Missouri.

7. By removing this action, Valicor does not waive and hereby expressly reserves any and all defenses, objections, motions and counterclaims available to it under law.

8. Valicor does not demand a jury trial at this time.

WHEREFORE, in accordance with the authorities set forth above, Valicor hereby removes this action from the Circuit Court for Clinton County, Missouri, to the United States District Court for the Western District of Missouri.

Dated: June 1, 2018                    Respectfully submitted,

                                              BERKOWITZ OLIVER LLP


                                              /s/ Jocelyn A. Villanueva
                                              Jocelyn A. Villanueva       MO Bar No. 43448
                                              2600 Grand Boulevard, Suite 1200
                                              Kansas City, Missouri 64108
                                              Telephone:  (816) 561-7007
                                              Facsimile:  (816) 561-1888
                                              Email:       jvillanueva@berkowitzoliver.com

                                              *Attorneys for Defendant*
                                              *Valicor Environmental Services, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on this 1st day of June, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Missouri using the CM/ECF system that will send a notice of electronic filing to all counsel of record:

                        Charles Jason Brown
                        Jayson A. Watkins
                        Brown & Watkins LLC
                        301 S. US 169 Hwy.
                        Gower, MO 64454
                        Telephone:    (816) 505-4529
                        Facsimile:    (816) 424-1337
                        brown@brownandwatkins.com
                        watkins@brownandwatkins.com

                        *Attorneys for Plaintiff*


                                              /s/ Jocelyn A. Villanueva
                                              *Attorney for Defendant*